IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT L. LAPRADE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV667-SRW |
| | ) WO |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

This action is presently before the court on the Commissioner's motion to reverse and remand pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff was given an opportunity to respond to the motion but has not done so. Upon consideration of the motion, it is

ORDERED the decision of the Commissioner is REVERSED, and this action is REMANDED to the Commissioner for further proceedings as set forth in the Commissioner's memorandum in support of her motion.

Done, this 14th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE