IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT L. LAPRADE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv667-SRW |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of plaintiff's petition for attorney fees, filed February 18, 2008 date, it is

ORDERED that defendant is DIRECTED to respond to the petition on or before March 6, 2008. If the Commissioner objects to any item of fees claimed by plaintiff, the Commissioner must specify the item and the reason for his objection.

Done, this 21st day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE